NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD B. HIME,**

*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2016-2123

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-3215, Judge Alan G. Lance Sr., Judge Coral Wong Pietsch, Judge Margaret C. Bartley.

---

**JUDGMENT**

---

SANDRA WALDORF WISCHOW, Goodman Allen Donnelly PLLC, Glen Allen, VA, argued for claimant-appellant. Also represented by ERIN ELIZABETH RALSTON.

ADAM E. LYONS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR., L. MISHA PREHEIM; AMANDA

BLACKMON, Y. KEN LEE, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 20, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |